UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARTIN BACA, | No. 2:22-cv-01481 TLN KJN P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| JAMES ROBERTSON, | |
| Respondent. | |

Petitioner, a state prisoner, proceeds pro se and in forma pauperis, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 5, 2022, petitioner was granted an additional thirty days to file a request for stay that addressed the three elements required to seek a stay under Rhines v. Weber, 544 U.S. 269 (2005). (ECF No. 11.) Thirty days passed, and petitioner has not renewed his motion for stay or otherwise responded to the court's order. Therefore, petitioner shall show cause why the court should not strike the unexhausted claims and proceed solely on petitioner's first three claims that were exhausted by their inclusion in the petition for review filed in the California Supreme Court. If petitioner again seeks a stay under Rhines, he must include his motion and supporting facts as explained in the prior order. (ECF No. 11.)

Accordingly, IT IS HEREBY ORDERED that petitioner is granted thirty days to show cause why the court should not issue an order striking the unexhausted claims and proceeding

1

solely on petitioner's first three claims that were exhausted by their inclusion in the petition for review filed in the California Supreme Court. Failure to comply with this order will result in the court issuing such an order to strike.

Dated: January 24, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/baca1481.osc

2